# Ordinance Ticket
## Howey-in-the-Hills PD

| Ordinance Number: 18-02-0762 | Ticket Number: 18-02-0762 | Ticket Date: 02/14/2018 | Ticket Time: | Officer ID: H-4 - Lieutenant Larry W. Chester | | | |
|---|---|---|---|---|---|---|---|
| OCA Number: 18-02-0762 | Location: 120 E Laurel Ave, Howey In The Hills, FL 34737 | | | Defendant Name: Mcgill, Matthew Tracy | | | |
| Address: 119 E Croton Way, Howey In The Hills, FL 34737 | | Phone Number: | Date of Birth: 06/09/1970 | Age: 47 | Race: W | Sex: M | Height: |
| Weight: | Hair Color: | Eye Color: | SSN: | Driver's Lic. #: | Driver's Lic. State: | Driver's Lic. Class: | |
| Charge Category: First Offense | Charge: Motor Vehicles - Prohibited Parking | | | | | Statute Number: Article II, Sec. 166-3 | |
| Fee: | Days Unpaid: | Current Fee Owed: | Voided: No | Paid: Yes | Payment Type: | Amount Paid: | |
| Date Paid: 03/07/2018 | Time Paid: 14:32 | Paid To: H-4 - Larry W. Chester | | | | | |

Fee if paid within  days:

Payment is due within  days of the date of the ticket.

## Vehicle Information

| Vehicle Type: | Vehicle Year: | Make: | Model: | Vehicle Style: |
|---|---|---|---|---|
| Top/Primary Color: | Bottom/Secondary Color: | License Plate #: | Plate State: | Plate Year: | VIN: |
| Owner Name: | | Owner Address: | | Owner Phone Number: |

## Comments

02/20/2018 - Hand delivered a copy of the courtesy letter to Mr. McGill about his RV parked on the empty lot on E. Laurel Ave.

03/07/2018 - Case closed the RV was moved due to Mr. McGill traveling for his enployement and uses the RV on the road. Mr. Mgill eveually constructed a fence to enclose the RV, but there was issues with the fence not meeting code as it did not extend fully on both sides as the ordinance states. Chief and I discussed the possibility of moving the fence back to connect to his existing fence around his residence on Croton Way. Mr. McGill advised he couldn't park the RV under the large Oak Trees as his insurance wouldn't cover any damage should trees and/or limbs falling on it. Mr. John Ernest was consulted about removing a couple of the trees if possible, Mr. Ernest advised that would be acceptable due to the condition of the tree(s). Mr. McGill opted not to do that and wanted the fence to remain where it is.  A new case (see case #18-09-5275) was eventually started and Mr. McGill was issued a courtsey letter for failing to having no permit to ereectt the fence. He obtained a permit but Mr. Ron Von Frankestein held off signing off on it until he received the ok from the Chief. After considerable discussion  between Chief, Ron Von Frankenstein, the town attorney and myself the permit was finally signed off on.



Date: 04/18/2020 -- Time:  12:29

Page 1
5590 MCGILL