

**Howey-in-the-Hills Town Council Special Session**
**Howey-in-the-Hills Town Hall**
**February 04, 2019 at 9:00 a.m.**

Call the Town Council Special Session of February 04, 2019 to order

## NEW BUSINESS
**1.** Councilor McGill meeting with Mayor Nebel to discuss Town Business.

## CITIZEN COMMENTS
*Any person wishing to address the Mayor and Town Council and who is not on the agenda is asked to complete the "Request to Address the Mayor and Town Council Form." The form must be completed and provided to the Town Clerk and three (3) minutes is allocated per speaker.*

## ADJOURNMENT

---

Defendant Exhibit **32**
Witness: MATTHEW MCGILL
Date: 5/1/23
Court Reporter: ROBERTA TURNER, RPR

---

February 04, 2019 Town Council Special Session                                                                 Page 1 of 1

Please Note: In accordance with F.S. 286.0105: Any person who desires to appeal any decision or recommendation at this meeting will need a record of the proceedings, and that for such purposes may need to ensure that a verbatim record of the proceedings is made, which includes the testimony and evidence upon which the appeal is based. The Town of Howey-in-the-Hills does not prepare or provide this verbatim record.  Note: In accordance with the F.S. 286.26: Persons with disabilities needing assistance to participate in any of these proceedings should contact Town Hall, 101 N. Palm Avenue, Howey-in-the-Hills, FL  34737, (352) 324-2290 at least 48 business hours in advance of the meeting.

5865 MCGILL