| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 12/03/2018 09:14:34 PM |
| **To:** | Dairian Burke |
| **Cc:** | sgtmm0025@yahoo.com <Sgtmm0025@yahoo.com> |
| **Subject:** | Items for Dec 10 agenda |

Dairian,

The following items I would like to be listed on the December 10th agenda.

1. Council Meeting Agenda Guidelines and Rules
2. Building Serves updated information (Old Business)
3. Liaisons for council members
4. Town Water Co and water leaks at residential properties.
5. Golf Cart crossing update (Old Business).
6. New street lights.  Complaints of brightness and vandalism.
7. New construction of S. Florida Ave.  Problem with construction and ground.

If there is a problem with any of the items please inform me asap
Thank you

Matthew McGill

04410 MCGILL

| | |
|---|---|
| **From:** | Dairian Burke |
| **Sent time:** | 12/19/2018 04:37:56 PM |
| **To:** | Matthew McGill |
| **Cc:** | sgtmm0025@yahoo.com <Sgtmm0025@yahoo.com> |
| **Subject:** | RE: Items for next agenda |

Councilor McGill,

Please see what items of the Agenda were approved and not approved.

1) No
2.) No
3.) Yes
4.) No
5.) Yes
6.) Gathering Info from Building Official.

Any items not put on a meeting agenda may always be brought up in "Councilor Comments".

Thank you,
Dairian Burke

---

**From:** Matthew McGill
**Sent:** Wednesday, December 12, 2018 5:07 PM
**To:** Dairian Burke <dburke@howey.org>
**Cc:** sgtmm0025@yahoo.com
**Subject:** Items for next agenda

Dairian,
As of this date I would like the following items on the next council meeting agenda:
   1) Town attorney's responsibilities under Code of Ordinance, SEC 8-6 "Legal Council".  Specific descriptions for consulting and emailing (new business)
   2) Building Serves (Town Building Inspector). Vote on motion from council (old business)
   3) Golf Cart update (old business)
   4) Adopt new ordinance for 42-6, "Order of Business" (Document submitted during December 10, 2018 council meeting) old business
   5) Town of Howey Planning and Zoning Board Ethic violations (New Business)
   6) New construction along S Florida Ave.  Building wall collapse, soil unstable.

I would suggest that each agenda be posted on the Friday prior to the meeting, at 3pm.  Posted at Town Hall, Town Website and optional email list.

Thank you

Matthew McGill

00413 MCGILL

| From: | Matthew McGill |
|---|---|
| Sent time: | 01/02/2019 01:50:38 PM |
| To: | Dairian Burke |
| Subject: | Agenda |

Dairian,

As of this date I would like the following items on the next council meeting agenda:

1. Town attorney's responsibilities under Code of Ordinance, SEC 8-6 "Legal Council". Specific descriptions for consulting and emailing (New business – 2nd request)
2. Building Serves (Town Building Inspector). Vote on motion from council (Old business – 2nd request)
3. Golf Cart update (Old business)
4. Adopt new ordinance for 42-6, "Order of Business" (Document submitted during December 10, 2018 council meeting) Old business – 2nd request
5. Town of Howey Planning and Zoning Board Ethic violations (New Business)
6. New construction along S Florida Ave. Building wall collapse, soil unstable (New Business)
7. 5th Ave. Is it a town road or was the road abandoned? What legal paperwork is on file? (New Business)

I also have budget documents that I need you to clear up for me. I might have Jodi see you on Friday with the documents.

I would suggest that each agenda be posted on the Friday prior to the meeting, at 3pm. Posted at Town Hall, Town Website and optional email list.

Thank you

Matthew McGill

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 01/22/2019 08:40:31 AM |
| **To:** | Dairian Burke |
| **Subject:** | Items for Jan 28 agenda |

Good morning Dairian,

I am requesting the following items to be put on the January 28th council meeting agenda.

1. Old Business: Building Serves (Building Inspector), vote on services until the end of the year.
2. Old Business: Limiting phone calls to the town attorney, recommendations with special order drafted.
3. Old Business: Properly reprimanding the Chief of Police for not following procedure and the Code of Ordinance; SEC 34 (2 counts).
4. Old Business: Code Enforcement separating from police department.
5. New Business: Entertaining the idea of hiring a town manager or town administrator (If Mayor does not use Liaisons).
6. New Business: Implementing a new "Code of Ethics" into the town Code of Ordinance for all to follow.
7. New Business: New Town policy regarding posting meeting agendas on website and at town hall 72 hours prior to meetings.

Thank you
Matthew McGill

04411 MCGILL

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 03/20/2019 11:10:52 PM |
| **To:** | Dairian Burke |
| **Cc:** | Sydney Stephenson |
| **Subject:** | March 25th Agenda items |

Dear Dairian and Sydney,

The following items I wish to be listed on the agenda under my name. I will also be discussing nine (9) additional items that are not on my agenda list.

1. Why was the March 6, 2019 Special meeting cancelled?
2. Possible Sunshine Law violation between former P&Z member Wells and Council Conroy has to be voted on. Vote on interpretation.
3. Addressing the hiring of Reserve Officer Cavallero, Chief misleading town council, as well as lying about officer's background. Discussion about incident, then motion should be made on whatever action council decided.
4. Police Department Body Camera Policy. Provide copy of policy to council members.

    Thank you

    Matthew McGill – Councilman Seat #1

04412 MCGILL

| **From:** | Matthew McGill |
| **Sent time:** | 05/07/2019 04:26:21 PM |
| **To:** | Dairian Burke |
| **Subject:** | Items for agenda |

Dairian,

I am requesting the following items to be put on the agenda.
1. P&Z Board Member
2. Code of Ordinance, SEC 34
3. Charter revision topics

Thank you

Sincerely,

Matthew McGill – Councilman Seat #1

| From: | Rebecca Eller |
|---|---|
| Sent time: | 10/28/2019 09:14:28 AM |
| To: | Matthew McGill |
| Subject: | FW: Councilor McGill's Agenda Items |

**From:** Martha Macfarlane <mmacfarlane@howey.org>
**Sent:** Monday, October 28, 2019 9:10 AM
**To:** Rebecca Eller <reller@howey.org>
**Subject:** RE: Councilor McGill's Agenda Items

Good morning,

Please ask Councilor McGill to provide detailed information, in writing, on the following items so that a determination can be made regarding the course of action.

6) Town's abuse of power allegations
7) Resident's slandering council members
8) False Statements made at the September 23, 2019 town council meeting
9) False Statements made at the October 14, 2019 town council meeting
10) Inappropriate email and violation of one's rights
12) Timeline of First Amendment Rights to Free Speech violations
16) Update on resident Don Ellis' targeting and retaliation case.  New evidence provided
20) Mistreatment of employees
22) Inappropriate authority for department head

Thank you.
Martha MacFarlane
Mayor, Howey-in-the-Hills, FL

**From:** Rebecca Eller <reller@howey.org>
**Sent:** Tuesday, October 22, 2019 11:17 AM
**To:** Martha Macfarlane <mmacfarlane@howey.org>
**Cc:** Dairian Burke <dburke@howey.org>; Debbie Tubbs <dtubbs@howey.org>
**Subject:** Councilor McGill's Agenda Items

Rebecca,

Below are my agenda items for the October 28, 2019 town council meeting:

**Agenda items for October 28, 2019.**
Everything on this list pertains to Howey in the Hills town business!

1. Update on Chief's personnel file.

2. Update on George Brown

3. Update on Chief Herbert R. Thomas'

4. Strong town Mayor Charter

5. Town email regarding Venezia residents

6. Town's abuse of power allegations

7. Resident's slandering council members

8. False statements made at the September 23, 2019 town council meeting

9. False statements made at the October 14, 2019 town council meeting

10. Inappropriate email and violation of one's rights.

04404 MCGILL

11. Building Inspectors slandering, harassing and false comments made against a Howey in the Hills elected official.

12. Timeline of First Amendment Right to Free Speech violations

13. Larry Chester, actions and behavior as the Temporary, Part-time Reserve officer (vehicles).

14. Update on Chief violating laws, ordinance and policies with new hires (Misinformation)

15. Update from Howey Library regarding taking action against Beth Flack (Library Board Member).

16. Update on resident Don Ellis' targeting and retaliation case.  New evidence provided.

17. Police studies for outside services. (Interference)

18. Scheduling meetings for non council people and employees of Howey

19. Town attorney contract (items that need addressing).

20. Mistreatment of employees.

21. State Law on Pensions.  Rules, guidelines, and opinions (numerous residents questioning the act).

22. Inappropriate authority for department head.

   Once again, all the items that I wish to report on are related to Howey in the Hills business.

Sincerely,

Matthew McGill – Councilman Seat #1 (2018 to 2022)


Rebecca,
Please add the following to my agenda items for the October 28th council meeting.

*  RFP for contract employees for Howey.
*  Mayor Pro Tem, Town Charter and Ordinances.
*  Golf cart complaints and state laws.


Thank you,

Matthew McGill - Councilman seat #1 (2018 to 2022).




*Rebecca Eller*
Town of Howey in the Hills
PO Box 128
Howey in the Hills, FL 34737
352-324-2290

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from the Town of Howey-in-the-Hills regarding public business are public records available to the public and media upon request. Your e-mail communications may be subject to public disclosure. If you do not want your e-mail address released in response to a public records request, contact this office by phone. If you are NOT the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

| From: | Matthew McGill |
|---|---|
| Sent time: | 10/23/2019 10:20:09 AM |
| To: | Matthew McGill; McGill, Matt <mmcgill@nascar.com> |
| Subject: | Me |

Rebecca,


Below are my agenda items for the October 28, 2019 town council meeting:

**Agenda items for October 28, 2019.**

Everything on this list pertains to Howey in the Hills town business!


1. Update on Chief's personnel file.
2. Update on George Brown
3. Update on Chief Herbert R. Thomas'
4. Strong town Mayor Charter
5. Town email regarding Venezia residents
6. Town's abuse of power allegations
7. Resident's slandering council members
8. False statements made at the September 23, 2019 town council meeting
9. False statements made at the October 14, 2019 town council meeting
10. Inappropriate email and violation of one's rights.
11. Building inspectors slandering, harassing and false comments made against a Howey in the Hills elected official.
12. Timeline of First Amendment Right to Free Speech violations
13. Larry Chester, actions and behavior as the Temporary, Part-time Reserve officer (vehicles).
14. Update on Chief violating laws, ordinance and policies with new hires (Misinformation)
15. Update from Howey Library regarding taking action against Beth Flack (Library Board Member).
16. Update on resident Don Ellis' targeting and retaliation case.  New evidence provided.
17. Police studies for outside services. (Interference)
18. Scheduling meetings for non council people and employees of Howey
19. Town attorney contract (items that need addressing).
20. Mistreatment of employees.
21. State Law on Pensions.  Rules, guidelines, and opinions (numerous residents questioning the act).
22. Inappropriate authority for department head.
23. RFP for contract employees for Howey.
24. Mayor Pro Tem, Town Charter and Ordinances.
25. Golf cart complaints and state laws.

Once again, all the items that I wish to report on are related to Howey in the Hills business.


Matthew McGill - Councilman seat#1 (2018 to 2022).

00417 MCGILL

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 10/24/2019 11:11:11 PM |
| **To:** | Heather M. Ramos <Heather.Ramos@gray-robinson.com> |
| **Cc:** | Rebecca Eller; Dairian Burke |
| **Subject:** | Agenda items Oct 28th |

Dear attorney Ramos,

Below is my list of agenda items for the upcoming meeting. You can see what items Mayor MacFarlane did not put on the October 28, 2019 agenda. All my items had to do with town business, with pending dispositions or needing attention. For my recorders, I need to provide you my list of items before Monday's meeting. It's important that the town attorney is made aware prior to the meeting.

Sincerely,

Matthew McGill – Councilman Seat #1 (2018 to 2022)

Rebecca,

Below are my agenda items for the October 28, 2019 town council meeting:

**Agenda items for October 28, 2019.**

Everything on this list pertains to Howey in the Hills town business!

1. Update on Chief's personnel file.
2. Update on George Brown
3. Update on Chief Herbert R. Thomas'
4. Strong town Mayor Charter
5. Town email regarding Venezia residents
6. Town's abuse of power allegations
7. Resident's slandering council members
8. False statements made at the September 23, 2019 town council meeting
9. False statements made at the October 14, 2019 town council meeting
10. Inappropriate email and violation of one's rights.
11. Building inspectors slandering, harassing and false comments made against a Howey in the Hills elected official.
12. Timeline of First Amendment Right to Free Speech violations
13. Larry Chester, actions and behavior as the Temporary, Part-time Reserve officer (vehicles).
14. Update on Chief violating laws, ordinance and policies with new hires (Misinformation)
15. Update from Howey Library regarding taking action against Beth Flack (Library Board Member).
16. Update on resident Don Ellis' targeting and retaliation case. New evidence provided.
17. Police studies for outside services. (Interference)
18. Scheduling meetings for non council people and employees of Howey
19. Town attorney contract (items that need addressing).
20. Mistreatment of employees.
21. State Law on Pensions. Rules, guidelines, and opinions (numerous residents questioning the act).
22. Inappropriate authority for department head.
23. RFP for contract employees for Howey.
24. Mayor Pro Tem, Town Charter and Ordinances.
25. Golf cart complaints and state laws.

  Once again, all the items that I wish to report on are related to Howey in the Hills business.

  Matthew McGill - Councilman seat#1 (2018 to 2022).

04398 MCGILL

| **From:** | Matthew McGill |
|---|---|
| **Sent time:** | 11/13/2019 10:25:58 AM |
| **To:** | Dairian Burke |
| **Cc:** | Rebecca Eller; Debbie Tubbs |
| **Subject:** | Agenda Items for Nov 19 |

Agenda Items for November 19, 2019 Town Council Meeting

1. Discuss Town Ordinance 42-6
2. Obstruction with records request
3. RFP recommendations
4. Address pending issues from previous council meeting(s) that Mayor MacFarlane acknowledged.
5. The delay in Charter review and required changes
6. Mayor's responsibilities as per Charter and Ordinance with overall town council meetings.
7. LCSO Howey PD Audit. Positives and negatives, how to move forward with the report
8. Police Pension. Misappropriation of funds and retaliation from board members
9. Discussing Ordinances in Section 8. Area needs immediate attention.
10. Update on financial committee.

Recently discovered emails showing biased behavior

| From: | Matthew McGill |
|---|---|
| Sent time: | 11/30/2019 10:20:28 PM |
| To: | Dairian Burke |
| Cc: | Rebecca Eller; Debbie Tubbs; Thomas J. Wilkes <Tom.Wilkes@gray-robinson.com> |
| Subject: | McGill Agenda items |

Dear Dairian Burke,

The following are my requested items for the December 9, 2019 town council meeting. All items pertain to town business and are the request of an elected town council member. Please forward my items to Mayor MacFarlane and please attach me to the email.

1. State statute and case law regarding public comments and rights of council members
2. Other options and alternative action regarding the Venezia Community and de-annexation.
3. Numerous complaints regarding code violations around the entire town.
4. Follow-up on town agenda and town ordinance 42-6
5. Follow-up with Mayor MacFarlane regarding Chief Herbert R. Thomas obstructing record requests. ( Law provided at meeting).
6. Police Department audit discussion as per the request of Mayor MacFarlane from the last town council meeting.
7. Follow-up on Chief Herbert R. Thomas' personnel file with the police department (not town personnel file).
8. Additional time sheets showing clear evidence of ex-officer stealing time from the town of Howey.
9. Guest speaker for pension violation (misappropriation of funds). Misinformation and lies conveyed by public official.
10. Meeting minutes from the last pension meeting.
11. Follow-up on water rates and study.
12. Inappropriate and unethical intervening by a council member (Witness and email evidence).
13. Mayor MacFarlane allowing certain residents to speak without interruption, and violating the rights of other residents that support and defend Councilman McGill
14. Emails from attorney regarding the eleven offenses. Past meeting minutes from both mayors and their quotes regarding the offenses against the Chief.
15. Four examples of Mayor MacFarlane's misfeasance and malfeasance since September 23, 2019.
16. Evidence of mistreatment by Mayor MacFarlane to several residents (Not transparent, ignorance and unethical distribution of the Mayor's emails – Mayor using supporters to attack council McGill).
17. Follow-up regarding the violation of the Equal Opportunity Act and two ordinance violations.
18. Provide copies of complaints for official town record and for public record.
19. Mayor MacFarlane's attempt to violate other council members rights to contracted town counsel.
20. Town attorney making two conflicting opinions and decision regarding employment issues.
21. Councilman Conroy code of ethic violations at the November 19th meeting, witnessed by Mayor MacFarlane. Explain to all. Mayor MacFarlane's own "code of ethics".
22. Councilman Nebel's inappropriate and unethical behavior towards another council member during the last four council meetings
23. Chief Herbert R. Thomas' intimidating and inappropriate behavior expressed by several residents.
24. Discussing the "living document", the town budget and adjusting funds

Respectfully submitting,

Matthew McGill – Councilman Seat #1 (2018 to 2022).

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 02/04/2020 09:40:55 AM |
| **To:** | Dairian Burke |
| **Cc:** | Rebecca Eller; Debbie Tubbs |
| **Subject:** | McGill Agenda Items Feb 19 2020 |

**Dairian,**

**Please forward my "Town Business" agenda items to Mayor Martha MacFarlane for the February 10, 2020 town council meeting. All items have to do with town business and must be addressed.**

**Please advised as soon as possible if and when my agenda items are listed on the official meeting agenda. If Mayor MacFarlane once again violates my rights as an elected official by not listing my agenda items, and not allowing the people of Howey to see what Howey-in-the-Hills business that I wish to discuss, please advise in writing for my official records.**

**Also, please ask Mayor MacFarlane if she took the necessary steps that I requested for the last two (2) meetings to ensure my safety and for the safety of our residents.**

**<u>Councilman McGill Agenda items for February 10, 2020.</u>**

1. Code violation throughout town. Continued complaints**. <u>Action required</u>**
2. Mayor MacFarlane's Malfeasance and egregious act with illegally conducting two council meetings. **<u>Action required</u>**
3. Considerations and options regarding the community of Venezia. **<u>Action required</u>**.
4. Chief Herbert R. Thomas continued obstruction with various records request over the past six months. **<u>Action required</u>**
5. Mayor Macfarlane's numerous counts of Malfeasance / abuse of power against other council members and employees of Howey. **<u>Action required</u>**
6. Discussion and action to remove councilor Martha Mayor from Mayor. **<u>Action required</u>**.
7. Continued unethical law practices of the town attorney (14 examples to be provided). **<u>Action required</u>**
8. Discussion and action for town council to consider lowering the water rates. **<u>Discussion and possible action</u>**
9. Mayor MacFarlane's inappropriate treatment of town residents, including during the meeting and through various types of communication. **<u>Action required</u>**
10. Immoral, unethical and inappropriate behavior by Councilor Nebel towards Councilor McGill during council meetings. Mayor MacFarlane's failure to act. **<u>Action required</u>**.
11. Mayor MacFarlane's January 1, 2020 letter to staff, contractors and Councilors. Document is illegal, unethical, harassing and violation of an elected official's rights. **<u>Action required</u>**
12. Six (6) examples to be provided regarding Mayor MacFarlane's neglect of duty with addressing residents of Howey-in-the-Hills.
13. ADA requirements. Mayor MacFarlane and Chief Thomas using same to harass a citizen at meeting. **<u>Action required.</u>**
14. Mayor MacFarlane and recall petition. **<u>Discussion and possible action</u>**
15. Councilman Conroy's Code of Ethic violation at the November 19, 2019 council meeting, Witnessed by Mayor MacFarlane. **<u>Action required</u>**
16. Councilman Conroy's intentional, reckless, unethical act towards another that requires his immediate resignation. **<u>Discussion and Action</u>**
17. Comments by Mayor MacFarlane, and lack of by town attorney regarding 42-6 and town Charter. **<u>Discussion</u>**
18. Mayor MacFarlane's supporters condoning a violent and harassing environment throughout the town. **<u>Discussion and Action required</u>**
19. Curtis Robbins with his position in town, numerous violations. **<u>Action required</u>**.
20. Mayor Macfarlane providing emails without recorders requests. Emails listed on Social Media. **<u>Action required</u>**
21. Examples of Mayor MacFarlane being fiscally reckless and irresponsible. **<u>Action Required.</u>**

Sincerely,

Matthew McGill – Councilman Seat #1 (2018 to 2022).

00422 MCGILL

Dairian,

**Please forward my "Town Business" agenda items to Mayor Martha MacFarlane for the February 10, 2020 town council meeting.  All items have to do with town business and must be addressed.**

**Please advised as soon as possible if and when my agenda items are listed on the official meeting agenda.  If Mayor MacFarlane once again violates my rights as an elected official by not listing my agenda items, and not allowing the people of Howey to see what Howey-in-the-Hills business that I wish to discuss, please advise in writing for my official records.**
**Also, please ask Mayor MacFarlane if she took the necessary steps that I requested for the last two (2) meetings to ensure my safety and for the safety of our residents.**

**<u>Councilman McGill Agenda items for February 10, 2020.</u>**

1. Code violation throughout town.  Continued complaints**. <u>Action required</u>**.
2. Mayor MacFarlane's Malfeasance and egregious act with illegally conducting two council meetings.  **<u>Action required</u>**
3. Considerations and options regarding the community of Venezia. **<u>Action required</u>**.
4. Chief Herbert R. Thomas continued obstruction with various records request over the past six months.  **<u>Action required</u>**
5. Mayor Macfarlane's numerous counts of Malfeasance / abuse of power against other council members and employees of Howey.  **<u>Action required</u>**
6. Discussion and action to remove councilor Martha Mayor from Mayor.  **<u>Action required</u>**.
7. Continued unethical law practices of the town attorney (14 examples to be provided).  **<u>Action required</u>**
8. Discussion and action for town council to consider lowering the water rates.  **<u>Discussion and possible action</u>**
9. Mayor MacFarlane's inappropriate treatment of town residents, including during the meeting and through various types of communication.  **<u>Action required</u>**
10. Immoral, unethical and inappropriate behavior by Councilor Nebel towards Councilor McGill during council meetings.  Mayor MacFarlane's failure to act. **<u>Action required</u>**.

11. Mayor MacFarlane's January 1, 2020 letter to staff, contractors and Councilors.  Document is illegal, unethical, harassing and violation of an elected official's rights.  **Action required**.

12. Six (6) examples to be provided regarding Mayor MacFarlane's neglect of duty with addressing residents of Howey-in-the-Hills.

**13.** ADA requirements.  Mayor MacFarlane and Chief Thomas using same to harass a citizen at meeting. **Action required.**

14. Mayor MacFarlane and recall petition. **Discussion and possible action**

15. Councilman Conroy's Code of Ethic violation at the November 19, 2019 council meeting, Witnessed by Mayor MacFarlane. **Action required**

16. Councilman Conroy's intentional, reckless, unethical act towards another that requires his immediate resignation. **Discussion and Action**

17. Comments by Mayor MacFarlane, and lack of by town attorney regarding 42-6 and town Charter. **Discussion**

18. Mayor MacFarlane's supporters condoning a violent and harassing environment throughout the town. **Discussion and Action required**

19. Curtis Robbins with his position in town, numerous violations.  **Action required**.

20. Mayor MacFarlane providing emails without recorders requests.  Emails listed on Social Media. **Action required**

21. Examples of Mayor MacFarlane being fiscally reckless and irresponsible. **Action Required.**


Sincerely,

Matthew McGill – Councilman Seat #1 (2018 to 2022).

| From: | Matthew McGill |
|---|---|
| Sent time: | 02/19/2020 11:21:09 AM |
| To: | Dairian Burke |
| Cc: | Rebecca Eller; Debbie Tubbs |
| Subject: | McGill Agenda Items |

Dear Dairian,

The following are my agenda items for the next town council meeting (February 24, 2020). Please forward my list to the Mayor, as well as to the other council members.

Thank you

1. Mayor MacFarlane's Malfeasance and egregious act with illegally conducting two (2) council meetings. **Action Still required** Continues the violation of councilman's rights during council meeting, and as elected officials with their responsibilities and duties.

2. Considerations and options regarding the community of Venezia. **Action Still required**. Numerous letters over the past weeks, along with in person conversations and hand delivered letters and statements from residents.

3. Chief Herbert R. Thomas continued obstruction with various records request over the past six months. **Action still required.** New examples with dates going back 130 days. Witnesses will provide statements to Mayor and Council.

4. Continued unethical law practices of the town attorney. Town attorney found to attempting to harm other council members. Working behind the back of other council members. Misled council and public regarding Florida laws that did not pertain to Howey and issues. **Action required**

5. Discussion and action for town council to consider lowering the water rates. **Discussion and possible action**

6. Mayor MacFarlane's inappropriate treatment of town residents, including during the meeting and through various types of communication. **Action still required** , still continuing to this date. More complaints from residents (email to be provided).

7. Immoral, unethical and inappropriate behavior by Councilor Nebel towards Councilor McGill during council meetings. Mayor MacFarlane's failure to act. **Action still required**. Mayor MacFarlane continues to ignore Councilman Nebel's abusive behavior towards another.

8. Mayor MacFarlane's lying emails to council about past complaints.

9. Examples to be provided regarding Mayor MacFarlane's neglect of duty with addressing residents of Howey-in-the-Hills.

10. Mayor MacFarlane's unethical and possible criminal act against the town and certain residents of Howey. Residents will confirm during public comments (witnesses). This was recently brought to me attention.

11. Councilman Conroy's intentional, reckless, unethical act towards another that requires his immediate resignation. **Discussion and Action.** This was completed brushed off, ignored by the Mayor. This disgusting, disgraceful act by Councilman Conroy must be addressed by the town council. Council Conroy should resign.

12. Comments by Mayor MacFarlane, and lack of by town attorney regarding 42-6 and town Charter. **Discussion**

13. Mayor MacFarlane refusing to address the serious issue that occurred during the February 14, 2020 Special Session meeting between myself and Councilman Scott.

14. Curtis Robbins with his position in town, numerous violations. Mayor ignored this at the February 10, 2020 meeting. **Still action required**

15. Mayor MacFarlane providing emails without recorders requests. Emails listed on Social Media. **Action required**

re: Examples of Mayor MacFarlane being fiscally reckless and irresponsible. This was mentioned during the February 10, 2020 meeting and the Mayor completed ignored the problem. **<span style="color:red">Action Still Required.</span>**

Your Councilman,

Matthew McGill – Howey Seat #1

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 02/20/2020 12:31:47 PM |
| **To:** | Dairian Burke |
| **Subject:** | RE: McGill Agenda Items |

Dairian,

Please see the below **response in green** that Mayor MacFarlane requested on my Town Business items that must be listed on the agenda.

**From:** Dairian Burke <dburke@howey.org>
**Sent:** Thursday, February 20, 2020 9:40 AM
**To:** Matthew McGill <mmcgill@howey.org>
**Cc:** Martha Macfarlane <mmacfarlane@howey.org>
**Subject:** FW: McGill Agenda Items

Councilor McGill,

See below.

**From:** Martha Macfarlane <mmacfarlane@howey.org>
**Sent:** Wednesday, February 19, 2020 6:42 PM
**To:** Dairian Burke <dburke@howey.org>
**Subject:** Re: McGill Agenda Items

Please send Councilman McGill my responses to his agenda items, copy me.

Thank you

**From:** Dairian Burke <dburke@howey.org>
**Sent:** Wednesday, February 19, 2020 11:27 AM
**To:** Martha Macfarlane <mmacfarlane@howey.org>
**Subject:** FW: McGill Agenda Items

SEE BELOW!

**From:** Matthew McGill <mmcgill@howey.org>
**Sent:** Wednesday, February 19, 2020 11:21 AM
**To:** Dairian Burke <dburke@howey.org>
**Cc:** Rebecca Eller <reller@howey.org>; Debbie Tubbs <dtubbs@howey.org>
**Subject:** McGill Agenda Items

Dear Dairian,

The following are my agenda items for the next town council meeting (February 24, 2020). Please forward my list to the Mayor, as well as to the other council members.

Thank you

1. Mayor MacFarlane's Malfeasance and egregious act with illegally conducting two (2) council meetings. **Action Still required** Continues the violation of councilman's rights during council meeting, and as elected officials with their responsibilities and duties. This was addressed at the 2/10 meeting. This was NOT fully addressed, nor resolved in anyway. The attorney left it wide open when he presented his feeble reasonings for allowing the illegal meetings. Furthermore, additional evidence support that the attorney is wrong and provided harmful and unethical advice to the town of Howey in the Hills.

2. Considerations and options regarding the community of Venezia. **Action Still required**. Numerous letters over the past weeks, along with in person conversations and hand delivered letters and statements from residents. Please provide copies to the Town Clerk so the information can be considered in the contraction analysis. Additionally, the Venezia Contraction will be on the March 9 agenda. First, you should have received most of the letters from the people that live in Venezia via email. I know this because I have spoken to several of them who advised that you blatantly and unprofessionally ignored their emails and concerns. Second, like it our not, the residents in Venezia are our constituents and they want this brought up at this next meeting. This is town business and you have no legal right to deny me or any other resident, town business to be discussed.

04556 MCGILL

Chief Hoover R. Thomas continued obstruction with various records request over the past six months. **Action still required.** New examples with dates going back 130 days. Witnesses will provide statements to Mayor and Council. Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. I have already provided this information. Furthermore, you can ask the town custodian of records on the Chief's blatant obstruction. As per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. You are well of this because Mr. Alimenti copies you on all the emails that are sent to the Chief.

4. Continued unethical law practices of the town attorney. Town attorney found to attempting to harm other council members. Working behind the back of other council members. Misled council and public regarding Florida laws that did not pertain to Howey and issues. **Action required** Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. You want me to provide detailed information when at the last meeting, you and town attorney Wilkes REFUSED to provide me detailed information regarding "Florida Home Rule" (FACT). This was purposely withheld because you and the attorney knew that Home Rule did not apply to your illegal council meetings that you conducted and you knew that I would research this. Town attorney Wilkes also continues to act as your personal attorney and is NOT representing the town as contracted and required. Furthermore, as per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills.

5. Discussion and action for town council to consider lowering the water rates. **Discussion and possible action**

6. Mayor MacFarlane's inappropriate treatment of town residents, including during the meeting and through various types of communication. **Action still required** , still continuing to this date. More complaints from residents (email to be provided). Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. This information was already provided. Furthermore, as per past practice with the Town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills

7. Immoral, unethical and inappropriate behavior by Councilor Nebel towards Councilor McGill during council meetings. Mayor MacFarlane's failure to act. **Action still required**. Mayor MacFarlane continues to ignore Councilman Nebel's abusive behavior towards another.

8. Mayor MacFarlane's lying emails to council about past complaints. Please provide detailed information in writing on this item so that a determination can be made regarding the course of action.

9. Examples to be provided regarding Mayor MacFarlane's neglect of duty with addressing residents of Howey-in-the-Hills. Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. As per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills.

04557 MCGILL

Mayor MacFarlane's unethical and possible criminal act against the town and certain residents of Howey. Residents will confirm during public comments (witnesses). This was recently brought to me attention. Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. **As per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills**

11. Councilman Conroy's intentional, reckless, unethical act towards another that requires his immediate resignation. **Discussion and Action.** This was completed brushed off, ignored by the Mayor. This disgusting, disgraceful act by Councilman Conroy must be addressed by the town council. Council Conroy should resign. Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. **As per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills**

12. Comments by Mayor MacFarlane, and lack of by town attorney regarding 42-6 and town Charter. **Discussion** This was addressed at the January 28, 2020 meeting. **This was discussed, but not concluded. Furthermore, you and the town attorney were found misleading the public, once again**.

13. Mayor MacFarlane refusing to address the serious issue that occurred during the February 14, 2020 Special Session meeting between myself and Councilman Scott. This was addressed in my email on 2/18/2020 11:00 a.m. **You discussed this in an email, but it was not addressed. Just because you send out an email with lies and false accusations, this does not qualify as being addressed or concluded. Numerous constituents around town are completely disgusted on the Chief's refusal to provide some kind of security at the request of an elected official for the town of Howey-in-the-Hills.**

14. Curtis Robbins with his position in town, numerous violations. Mayor ignored this at the February 10, 2020 meeting. **Still action required** Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. **You already have the detailed information, you just refuse to take the appropriate action that is required by the Mayor of this town**. **Furthermore, as per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills.**

15. Mayor MacFarlane providing emails without recorders requests. Emails listed on Social Media. **Action required** Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. **As per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills**

16. Examples of Mayor MacFarlane being fiscally reckless and irresponsible. This was mentioned during the February 10, 2020 meeting and the Mayor completed ignored the problem. **Action Still Required.** Please provide detailed information in writing on this item so that a determination can be made regarding the course of action. **This information was provided to you. Furthermore, as per past practice with the Howey town council, with your own past practice with listing agenda items, providing detailed information and with our own laws with agenda items and town business, I have gone above and beyond the requirements. This act or request by you is unwanted harassment and mistreatment against an elected official for the town of Howey-in-the-Hills**

Your Councilman,

04559 MCGILL

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 03/03/2020 12:26:31 PM |
| **To:** | Dairian Burke |
| **Cc:** | Debbie Tubbs |
| **Subject:** | McGill's agenda items for March 9th |

Dear Dairian Burke,

I hope you day is going well. The following are my list of agenda items that Mayor MacFarlane won't be posting on the agenda. All my items pertain to town business.

1. Discussion and action to remove Martha MacFarlane from the Mayor position. (Action Required).
2. Nominations for new Mayor. Vote on new Mayor.
3. Town wide harassment, allowed by the town Mayor and Police Chief. (Action required)
4. Multiple violations with the hiring of George Brown. (Action required). Response from the State.
5. Discussion and action to terminate Gray-Robison as the town attorneys (Action required).
6. The Mayor's illegal act of withholding councilman's pay.
7. Department Head John Ernest policy violations, as well as unethical and inappropriate behavior.
8. Trees in front of school that were removed.
9. Immoral, unethical and inappropriate behavior and disorderly conduct by Councilman Nebel.
10. Update on Mayor MacFarlane's unethical and illegal actions with the process of hiring George Brown. Update for the Council and town people (Separate from the State update).
11. Councilman Conroy's intentional, reckless, unethical act towards a female employee of this town. (Action required).
12. Numerous social media town policies are being violated by the police department. Mayor not taking action.
13. Numerous complaints from residents regarding the town wide harassment.
14. More examples of Mayor MacFarlane being fiscally reckless and irresponsible.
15. Recently discovered illegal conduct by Mayor Martha MacFarlane.

Your Councilman,

Matthew McGill – Howey Seat #1 (2018 to 2026).

| **From:** | Matthew McGill |
| **Sent time:** | 03/16/2020 12:17:36 PM |
| **To:** | Dairian Burke |
| **Cc:** | Debbie Tubbs |
| **Subject:** | RE: Agenda Items for the March 23, 2020 Town Council Meeting |

Dairian,

Is the Mayor serious about not cancelling or has not already cancelled the next council meeting? This is absolutely reckless and irresponsibility behavior by our town Mayor. Across the State of Florida and across the county, meetings and gathering are being suspended or cancelled for 30 plus days. How hasn't the Mayor made this simple and logically decision?

For now, here are my agenda items:

1. Discussion and action to remove Martha MacFarlane as Mayor.
2. Nominations and vote for new town Mayor.
3. New evidence that Mayor MacFarlane interfered with recall process.
4. Criminal investigation into Mayor MacFarlane.
5. More to add after March 18th.

Your Councilman,

Matthew McGill – Howey Seat #1 (2018 to 2022)

**From:** Dairian Burke <dburke@howey.org>
**Sent:** Friday, March 13, 2020 4:05 PM
**To:** Martha Macfarlane <mmacfarlane@howey.org>; David Nebel <dnebel@howey.org>; Ed Conroy <econroy@howey.org>; John Scott <jscott@howey.org>; Matthew McGill <mmcgill@howey.org>
**Cc:** Rick Thomas <rthomas@howey.org>; Tara Hall <thall@howey.org>; John Ernest <jernest@howey.org>; Thomas J. Wilkes <Tom.Wilkes@gray-robinson.com>
**Subject:** Agenda Items for the March 23, 2020 Town Council Meeting

<span style="color:red">PLEASE DO NOT REPLY ALL TO AVOID A POTENTIAL SUNSHINE VIOLATION</span>

The Town Council Meeting is still not decided at this point so I wanted to be proactive and get everyone's Agenda items incase a meeting was held.

Please submit your items by Monday, March 16, 2020.

Thank you,

Dairian Burke

| **From:** | Matthew McGill |
| **Sent time:** | 05/06/2020 02:40:35 PM |
| **To:** | Dairian Burke |
| **Cc:** | Debbie Tubbs |
| **Subject:** | Agenda items for May 11 council meeting |

Dairian,

The following are my agenda items for the May 11, 2020 town council meeting, the items that Mayor MacFarlane will not put on the agenda as required.

1. Attorney invoices
2. Code Enforcement and violations
3. Abusive conduct from Councilman Ed Conroy
4. Hostile work environment
5. Board members not being removed as required.
6. Town wide harassment against a councilman, encourage and supported by Mayor MacFarlane.
7. Councilman Nebel discovered violations and inappropriate conduct outside of meetings
8. Town attorney's involvement with the recall and recall committee. Evidence provided.
9. George Brown employment status
10. Illegal and inappropriate change in persons position
11. Mayor MacFarlane's list of abuse of power actions.

Additional items to add once confirmation is made with attorney.

Your Councilman,

Matthew McGill – Howey Seat #1 (2018 to 2022)

04396 MCGILL

**From:** Matthew McGill
**Sent time:** 06/07/2020 04:18:31 PM
**To:** Martha Macfarlane; Debbie Tubbs
**Cc:** Venezia Venezia <veneziahomeowners2020@yahoo.com>; Christine Cloud <ccloud370@me.com>; John Scott; David Nebel; John Ernest; James Southall; Matthew Heald; Tara Hall
**Subject:** FW: June 8th Town Council Agenda items

## YOU ARE COMPLETELY IGNORING THIS EMAIL, LIKE OTHERS. THIS REQUIRES IMMEDIATE ATTENTION. YOU ARE ABOUT TO VIOLATE MORE RIGHTS OF RESIDENTS.

**From:** Matthew McGill
**Sent:** Monday, June 1, 2020 1:54 PM
**To:** Martha Macfarlane <mmacfarlane@howey.org>; Ed Conroy <econroy@howey.org>; John Scott <jscott@howey.org>; Douglas T. Noah <DNoah@DRML-Law.com>; John Ernest <jernest@howey.org>; Tara Hall <thall@howey.org>; James Southall <jsouthall@howey.org>; Matthew Heald <mheald@howey.org>; Debbie Tubbs <dtubbs@howey.org>; dairianburke@gmail.com
**Cc:** dave.dejohn@charter.com; Jessica.Albert@FOXTV.COM; Cutter, John <jcutter@Tribpub.com>; 'Venezia Venezia' <veneziahomeowners2020@yahoo.com>; 'Christine Cloud' <ccloud370@me.com>; wschaub47@yahoo.com; bruceformhals.usa@gmail.com
**Subject:** RE: June 8th Town Council Agenda items



## June 1, 2020

To Mayor MacFarlane,

To date, you have not put any of my business items on the town agenda. Furthermore, you have violated my Constitutional Rights and denied my constituents to be heard through their elected official.

Your last council meeting was not only a complete and utter circus, but also violated many people's rights, including mine. You lost complete control of that meeting, including votes allowed under the name of Councilman David Nebel (Not present on ZOOM). Our next meeting should have ALL the council members present at town hall; at a minimum. Then, you can make the meeting available for all residents via "Video Interaction". This way they can see all the council members accounted for and physically present.

### My Business items for the Town Agenda:

1. Discussion and motion to remove Martha MacFarlane from the Mayor's position.
2. Discussion and motion to terminate Gray-Robinson contract with Howey.
3. Start investigation into Department Head John Ernest regarding multiple law and policy violations. Seek the assistance from FDLE
4. Address the illegal termination of Town Clerk Dairian Burke from the May 9, 2020 Town Council meeting.
5. Discuss and take action regarding Mayor MacFarlane's Florida Sunshine Law violation on May 6, 2020, and numerous others thereafter.
6. The illegal and unethical hostile takeover (power grab) of the Town Clerk Position by Mayor Martha MacFarlane.
7. Removal of Charter Committee members the unethically and immorally attacked and slandered sitting council members of Howey (McGill & Scott). These same individuals are part of the FB Unedited Hate Page against McGill, along with Patricia Miller being part of the slandering and defamatory webpage against McGill.
8. The interference with the recall process
9. Based on Mayor MacFarlane's recent unlawful conduct against Department Head, Town Clerk Dairian Burke, she should then follow suit at this next meeting with terminating Chief Herbert R. Thomas, with the overwhelming evidence on the twelve violations that was present to town council. This actually would not be following suit since Mayor MacFarlane had nothing lawful against Dairian Burke.

This list is subject to additional items.
Your Howey Councilman,
Matthew McGill – Council Seat #1 (2018 to 2022)
GOB BLESS

**From:** Martha Macfarlane <mmacfarlane@howey.org>

**Sent:** Monday, June 1, 2020 12:24 PM

**To:** Ed Conroy <econroy@howey.org>; John Scott <jscott@howey.org>; Matthew McGill <mmcgill@howey.org>; Douglas T. Noah <DNoah@DRML-Law.com>; John Ernest <jernest@howey.org>; Rick Thomas <rthomas@howey.org>; Tara Hall <thall@howey.org>

**Subject:** June 8th Town Council Agenda items

Good morning,

Please send any items for the June 8, 2020 Town Council agenda before end of day tomorrow Tuesday, June 2, 2020.

Thank you



*Martha MacFarlane*

Mayor Town of Howey-in-the-Hills

P.O. Box 128

101 N. Palm Avenue

Howey-in-the-Hills, FL 34737

Town Hall: 352-324-2290

Cell: 352-552-1329

mmacfarlane@howey.org

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from the Town of Howey-in-the-Hills regarding public business are public records available to the public and media upon request. Your e-mail communications may be subject to public disclosure. If you do not want your e-mail address released in response to a public records request, contact this office by phone. If you are NOT the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

| | |
|---|---|
| **From:** | Matthew McGill |
| **Sent time:** | 06/16/2020 06:57:08 PM |
| **To:** | Martha Macfarlane |
| **Cc:** | dairianburke@gmail.com; John Scott; David Nebel; John Ernest; James Southall; Tara Hall; Public Records; Debbie Tubbs; Dairian Burke |
| **Subject:** | RE: June 22, 2020 Town Council Agenda items |



## June 16, 2020

**My Business items for the town agenda, June 22, 2020:**

1. Discussion and motion to remove Martha MacFarlane from the Mayor's position. (**This request is civil, respectful & town business**)
2. Discussion and motion to terminate Gray-Robinson contract with Howey. Options provided with other law firms. (**This request is civil, respectful & town business**)
3. Start investigation into Department Head John Ernest regarding multiple motor law violations and town policy infractions. Seek the assistance from FDLE. (**This request is civil, respectful & town business**).
4. Address the illegal termination of Town Clerk Dairian Burke from the May 9, 2020 Town Council meeting.( **This request is civil, respectful & town business**)
5. Discuss and take action regarding Mayor MacFarlane's Florida Sunshine Law violation on May 6, 2020, and numerous others thereafter (**This request is civil, respectful & town business**)
6. Removal of Charter Committee members the unethically and immorally attacked and slandered sitting council members of Howey (McGill & Scott). These same individuals are part of the FB Unedited Hate Page against McGill, along with Patricia Miller being part of the slandering and defamatory webpage against McGill. (**This request is civil, respectful & town business**)
7. Based on Mayor MacFarlane's recent unlawful conduct against Department Head, Town Clerk Dairian Burke, she should then follow suit at this next meeting with terminating Chief Herbert R. Thomas, with the overwhelming evidence on the twelve violations that was present to town council. (**This request is civil, respectful & town business**).
8. Budget cuts and lowering mileage rate.

Additional items possibly added in the near future.

Your Howey Councilman,

Matthew McGill – Howey Seat #1 (2018 to 2022)

**From:** Martha Macfarlane <mmacfarlane@howey.org>
**Sent:** Tuesday, June 16, 2020 4:33 PM
**To:** Ed Conroy <econroy@howey.org>; John Scott <jscott@howey.org>; Matthew McGill <mmcgill@howey.org>; David Nebel <dnebel@howey.org>
**Subject:** June 22, 2020 Town Council Agenda items
Good morning,
Please send your agenda items for the June 22, 2020 Town Council meeting before end of day Wednesday, June 17, 2020.
Thank you

| From: | Matthew McGill |
|---|---|
| Sent time: | 07/06/2020 10:31:47 PM |
| To: | Stephanie Kernan; Martha Macfarlane; David Nebel; John Scott; Tara Hall; John Ernest; James Southall; Miles Wagler |
| Cc: | dairianburke@gmail.com; dave.dejohn@charter.com; Venezia Venezia <veneziahomeowners2020@yahoo.com>; Christine Cloud <ccloud370@me.com>; Fox35- Jessica Albert <Jessica.Albert@FOXTV.COM>; Fox News <contactus@foxnews.com>; Cutter, John <jcutter@Tribpub.com> |
| BCc: | jimmiehobby@yahoo.com; janna0216@yahoo.com; lucyhobby1@yahoo.com; pcwilks@cfl.rr.com; Bernie <weseeall01@aol.com>; Marni Drabik <marnid2011@gmail.com> |
| Subject: | RE: July 13th Council Meeting |



Councilman Matt McGill

## July 6, 2020

**Since Mayor MacFarlane knowingly and purposely conducted the last council meeting with the same continued issues and problems with ZOOM, as well as violating my rights once again, I will attempt to address the much needed grave issues that were requested at the last meeting.**

**Town council members should be physically attending the meetings at town hall, and the residents can attend via ZOOM. Also, proper arrangements MUST be made for individuals that fall under the ADA requirements.**

**My Business items for the town agenda, July 13, 2020:**

1. Discussion and motion to remove Martha MacFarlane from the Mayor's position. (**This request is civil, respectful & town business**). **Mayor MacFarlane's continued neglect of her duties as the mayor of this town.**
2. Adopt a new town ordinance to better protect residents regarding COVID-19.
3. Discussion and motion to terminate Gray-Robinson contract with Howey. Options provided with other law firms. (**This request is civil, respectful & town business**).
4. Start investigation into Department Head John Ernest regarding multiple motor law violations and town policy infractions. Seek the assistance from FDLE. (**This request is civil, respectful & town business**).
5. Address the illegal termination of Town Clerk Dairian Burke from the May 9, 2020 Town Council meeting.( **This request is civil, respectful & town business**)
6. Discuss and take action regarding Mayor MacFarlane's Florida Sunshine Law violation on May 6, 2020, and numerous others thereafter (**This request is civil, respectful & town business**)
7. Removal of Charter Committee members the unethically and immorally attacked and slandered sitting council members of Howey (McGill & Scott). These same individuals are part of the FB Unedited Hate Page against McGill, along with Patricia Miller being part of the slandering and defamatory webpage against McGill. (**This request is civil, respectful & town business**)
8. Based on Mayor MacFarlane's recent unlawful conduct against Department Head, Town Clerk Dairian Burke, she should then follow suit at this next meeting with terminating Chief Herbert R. Thomas, with the overwhelming evidence on the twelve violations that was present to town council. (**This request is civil, respectful & town business**).
9. Budget cuts and lowering mileage rate.
10. $123,500 in budget cuts to the Police Department.
11. Demotion and pay reduction to John Ernest.

Additional items possibly added in the near future.

Your Howey Councilman,

Matthew McGill – Howey Seat #1 (2018 to 2022)

*God Bless!*

**From:** Stephanie Kernan <skernan@howey.org>
**Sent:** Monday, July 6, 2020 6:03 PM
**To:** Martha Macfarlane <mmacfarlane@howey.org>; David Nebel <dnebel@howey.org>; John Scott <jscott@howey.org>; Ed Conroy <econroy@howey.org>; Matthew McGill <mmcgill@howey.org>
**Subject:** July 13th Council Meeting
Good afternoon, if you have anything you would like added to the July 13th Council meeting please get the information to me as soon as possible. Thank you and have a good evening.

04550 MCGILL